# EXHIBIT 2

-------- Original Message --------
Subject: Re: atlantic leader recap
Date: Thu, 15 Sep 2011 18:08:51 +0100
From: Thomas Rowe <snp@howerobinson.com>
Reply-To: Thomas Rowe <snp@howerobinson.com>
Organization: Howe Robinson Ldn/S&P
To: <snp@howerobinson.com>

HOWE ROBINSON SHIPBROKERS - SnP Dept.

E-mail: snp@howerobinson.com
TJR113112939   15/09/2011   18:08:51


att alex/tjr

atlantic leader

have received the following:

Thanks, we confirm below. Kindly prepare draft MOA and forward to us.

+++

think they have forgotten that you have subjects..

Atlantic Leader
==



In accordance with your authorites we hereby recap the the following main terms agreement with subjects sellers bod apptoval by 19.00hrs ldn time today 15/09/2011


Re: MV ATLANTIC LEADER

Buyers GMS or thier gteed nominee

1.Vessel description: as below

2.Purchase price: USD USD 549,- PLDT LT less 4 percent total comms including 3 pct buyers add commissions

3.Deposit:  30 % cash deposit to be remitted to sellers nominated account, within 3 (three)New York/London/Dubai banking days from the date of signing of the MOA by both parties by fax/email.

4.Payment:  Balance 70% of Purchase Price to be paid within 3 (three) New York/London/Dubai banking days after the final Notice of Readiness has been tendered to the buyers at the place of delivery.

5.Delivery:

The vessel shall be delivered and taken over under her own power, charter free, safely afloat, substantially intact, without removals (except those as per prior agreement) free from hull leakages and fire damage, free of cargo, free of charter, all machineries, engines, generators and auxiliaries in working condition  at a safe designated anchorage ALANG in sellers option  between October 20 and November 20,
2011 in sellers option with November 20, 2011 cancelling date in buyers option.however it understood thevessel has a mortgage and the
70 pct balance to be paid to the sellers nominated bank against the banks written confirmation that the mortgage will be lifted on the day of the vessels delivery/time of closing,

Upon receipt of full purchase price Sellers shall assist the Buyers in beaching the vessel with the help of Sellers crew up to 5 (five) running days or up to next beaching tide after physical delivery.
Costs for these 5 days are to be for Sellers account , the rest , if any - for Buyers account.

All Port expenses and costs at the port of delivery until signing the protocol of delivery and acceptance to be for the Sellers account and all cost after signing the protocol of delivery and acceptance for the Buyers account.

SELLERS TO TENDER 10/7/5/3 DAYS NOTICE OF ARRIVAL AND ONE DAYS NOTICE OF READINESS UPON CLEARANCE OF CUSTOMARY INWARD FORMALITIES PREVAILING AT THE PORT OF DELIVERY.

6. Spares and Bunkers:  Vessel delivered with bunkers and everything belonging on board vessel included in sale without removals/exclusions except crew personal effects , hired items and those as agreed.

7. LDT:  Lightweight to be proven by the following in original and stamped by class:

as by either of the attached trim and stability booklets..

The above LDT proof is accepted at the time of delivery to buyers provided no conflicting proof of a lighter lightweight being found onboard-.

8. Contract:  Subject to the standard demo contract to be mutually agreed by the Sellers and the Buyers.

9. Arbitration:  London with English Law to Apply.

10, Subject vessel unsold and subject to sellers bod approval 3 hours after conclusion and agreement of main terms.


MV ATLANTIC LEADER

--------------------


1.NAME - ATLANTIC LEADER

2.BUILT(WHEN/WHERE)- WARNOWERFT WARNEMUNDE GERMANY / 1985 multipurpose lo-ro 18

3.DEADWEIGHT - 19036 PLSE NOTE IT IS HIGHER THEN OTHER "ASTRAKHAN" !!!

   CLASS KM*L2RO-RO ship (L2 at < 10/15m) Flag Malta

4.LDT MT/LT + HOW PROVEN  8920 MT/8779 LT. PROVEN BY: 1) STABILITY INFORMATION

5.GRT/NRT (REGISTERED)  15893 / 8545

6.LOA 173,5 M

7.DIMENSIONS (REGISTERED)  L  173,5 M/B  23,05 M/H  48,75 M

8.FORE/AFT LIGHT DRAFT  4,0 M/7,2 M

9.MAIN ENGINE TYPE/OUTPUT  MAN K5SZ70-125B/7600 KW

10.NO/MAKE/OUTPUT OF GENERATORS 50HZ (ALL WORKING)

4 PCS/ 6VDS26-20AL-2 / 50HZ /ALL IN WORKING CONDITION

11.MATERIAL WORKING PROP  G-CuMn9AlZn4Ni2Fe2

12.MATERIAL SPARE PROP (IF ANY) - NO

13.SPARE TAILSHAFT (IF ANY) - NO

14.SPARE ANCHOR (IF ANY)- NO

   BOW THRUSTER ORV. POWER 740KW (NOT WORKING CONDITION EL.MOTOR)

15.LOCATION OF BALLAST TANKS  DOUBLE BOTTOM  NN OF TANKS:

1,2,3,4,5,6,7,8,9,10,11,12. HULL SIDES: NN 21,22(AREA OF HOLD N 2) NN

31,32 (AREA OF HOLD N 4)

16.WHETHER BALLAST TANKS ORIGINALLY COATED  SPESIAL DOUBLE COMPANENTS PAINT HEMPADUR

VESSL HAS NO PERMANENT BALLASTN

17.WHETHER SINGLE SKIN OR DOUBLE SKIN CONSTRUCTION SINGLE SKIN

18.LAST FIVE CARGOES - PROJECT CARGOES / STEEL CONSTRUCTIONS/IRON ORE/STEEL CONSTRUCTIONS/SOYA MEAL/FeRTILIZES

19.CONSTRUCTION WELDED/RIVETTED - WELDED

20.HAS VESSEL UNDERGONE ANY MODIFICATIONS WHICH MAY INCREASE/ DECREASE LDT AND, IF SO, HOW PROVEN- NO

21.EXCLUDED/HIRED ITEMS - NO

22.ESTIMATED BUNKERS ROB: IFO ABT 20; AND ABT MGO -25 MT AT TIME OF DELIVERY TO ALANG.

23.ANY OTHER FACTORS WHICH MAY ENHANCE VALUE - EG EXTRA NON

FERROUS CONTENT AND HOW PROVEN - NO

VSL HAS ONLY FOREPEACK (WITHOUT AFTERPEACK), DOUBLE BOTTOM TANKS NN:

2,3,4,5,6,7,8,9,10,11,12 AND SIDE TANKS IN HOLD N 2 (NN 21,22) AND IN HOLD N 4 (NN 31,32).

No. of Hold/Hatches   4/4

Cargo gear details CRANES : 4 x 12.5 TONS, DERRICKS 1 x 125 T,  2 x 25T)

end recap


Tel / Fax:
London     +44 20 7488 3444 /  +44 20 7457 8499
Hamburg    +49 40 2263 0830 /  +49 40 226308399
Shanghai   +86 21 3318 4550 /  +86 21 6391 0708
Singapore: +65 6 506 1900
E-mail: snp@howerobinson.com

CONFIDENTIALITY AND DISCLAIMER NOTICE:

All details without guarantee and as brokers only. The information in this email is confidential and maybe legally privileged.  It is intended solely for the addressee.  Access to this email by anyone else is unauthorised.  If you are not the addressee you must not use, copy or disclose the information contained in it. Please contact us immediately and delete the email from your computer system and destroy any hard copies you may have made.
Although we have taken every reasonable precaution to ensure that any attachment to this email has been checked for viruses we advise you to carry out your own virus check before opening any attachment as Howe Robinson & Co Ltd cannot accept responsibility for any damage sustained as a result of any software viruses.
Internet communications are not always secure and therefore Howe Robinson Co & Ltd does not accept legal responsibility for the contents of this message if any change is made to this message after it was sent by the original sender.
The views expressed in this email are those of Howe Robinson & Co Ltd unless they do not relate to the official business of Howe Robinson & Co Ltd in which case they shall be understood as neither given nor endorsed by it.
Howe Robinson & Co Ltd registered number 1195130 whose registered office is at Regis House, 45 King William Street, EC4R 9AN, London, United Kingdom. A full list of members is available at the registered office.