FILED: November 15, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1897
(1:13-cv-00122-RDB)
_____

FRONTENAC INTERNATIONAL S.A.

      Plaintiff - Appellant

v.

GLOBAL MARKETING SYSTEMS, INC.

      Defendant - Appellee

 and

GLOBAL MARKETING SYSTEMS, JLT; PROVIDENCE SHIPPING CORPORATION

      Defendants

_____

O R D E R
_____

     Upon consideration of the stipulated motion to voluntarily dismiss, the court dismisses this appeal, upon such terms as have been agreed to by the parties, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk